UNITED STATES of America, Plaintiff–Appellee

v.

Juan Carlos CARDOVA–VALENZUELA, also known as Juan Carlos Cordova Valenzuela, Defendant–Appellant.

No. 08–20829.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 18, 2009.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Laura Fletcher Leavitt, Assistant Federal Public Defender, H. Michael Sokolow, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DAVIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Juan Carlos Cardova–Valenzuela raises arguments that he concedes are foreclosed by *United States v. Mondragon–Santiago*, 564 F.3d 357, 364–65 (5th Cir.2009), *petition for cert. filed* (June 24, 2009) (No. 08–11099), which held that plain error review applies to forfeited issues of procedural reasonableness. Accordingly, the appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.